Tommy J. Swann
State Bar No. 19552820
McCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.
5010 University Ave, 5th Floor
Lubbock, Texas 79413-4422
(806) 796-7340, (806) 796-7365 FAX
tswann@mhbg.com

ATTORNEYS FOR PHOENIX EXTERIORS, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIA MARTINEZ, | § | CASE NO: 19-10881 |
| DAVID MARTINEZ | § | |
| | § | |
| Debtor(s) | § | Chapter 13 |

## NOTICE OF ENTRY OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorneys hereby enter their appearance as the attorneys of record for PHOENIX EXTERIORS, INC. Request is hereby made that all notices given or required to be given in this case, and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

Tommy J. Swann
McCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.
5010 University Ave, 5th Floor
Lubbock, Texas 79413-4422
(806) 796-7340, (806) 796-7365 FAX
tswann@mhbg.com

This request encompasses all notices, copies, and pleadings referred to in Title 11 of the United States Code, or in Rules 2002, 3017, or 9008 of the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, any other documents brought before this Court in this case, whether formal or informal, whether written

or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax or otherwise.

                        Respectfully submitted,

                        McCLESKEY, HARRIGER, BRAZILL & GRAF, LLP
                        5010 University Ave, 5th Floor
                        Lubbock, Texas 79413-4422
                        (806) 796-7340, (806) 796-7365 FAX
                        tswann@mhbg.com

                        By: /s/ Tommy J. Swann
                              Tommy J. Swann, State Bar No. 19552820

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing instrument has been sent by Notice of Electronic Filing or by U.S. Mail, postage prepaid, to each of the following listed parties and to any parties who have entered an appearance in this proceeding, on September 9, 2019:

Debtor(s):
David & Maria Martinez
1502 Silene Court
Pflugerville, TX 78660

Debtors' attorney:
Kyle Kenneth Payne
Payne & Associates, PLLC
1225 North Loop West, Suite 550
Houston, TX 77008
713-228-0200
713-588-8750 (fax)
notices@payne.associates

Trustee:
Deborah B. Langehennig
Chapter 13 Trustee
6201 Guadalupe St.
Austin, TX 78752
(512) 912-0305
mschoppe@ch13austin.com

U.S. Trustee:
United States Trustee - AU12
903 San Jacinto Blvd, Suite 230
Austin, TX 78701
(512) 916-5330
ustpregion07.au.ecf@usdoj.gov

                        /s/ Tommy J. Swann
                        Tommy J. Swann